# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| REPRODUCTIVE HEALTH SERVICES OF PLANNED PARENTHOOD OF THE ST. LOUIS REGION, INC., on behalf of itself, its physicians, its staff, and its patients, and COLLEEN P. MCNICHOLAS, D.O., M.S.C.I., F.A.C.O.G., on behalf of herself and her patients, <br><br>                   Plaintiffs, <br><br> v. <br><br> MICHAEL L. PARSON, in his official capacity as Governor of the State of Missouri; ERIC S. SCHMITT, in his official capacity as Attorney General of the State of Missouri; KIMBERLY M. GARDNER, in her official capacity as the Circuit Attorney for the City of St. Louis; JADE D. JAMES, M.D., in her official capacity as President of the Missouri State Board of Registration for the Healing Arts; SARAH MARTIN, PH.D., M.P.P., M.P.H., in her official capacity as Secretary of the Missouri State Board of Registration for the Healing Arts; SAMMY L. ALEXANDER, M.D., JAMES A. DIRENNA, D.O., JEFFREY S. GLASER, M.D., F.A.C.S., KATHERINE J. MATHEWS, M.D., NAVEED RAZZAQUE, M.D., DAVID E. TANNEHILL, D.O., and MARC K. TAORMINA, M.D., F.A.C.P., in their official capacities as Members of the Missouri State Board of Registration for the Healing Arts; and RANDALL WILLIAMS, M.D., in his official capacity as Director of the Department of Health & Senior Services of the State of Missouri, <br><br>                   Defendants. | CIVIL ACTION <br><br> CASE NO. 2:19-cv-4155 |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND EXPEDITED BRIEFING SCHEDULE OR, IN THE ALTERNATIVE, A <u>TEMPORARY RESTRAINING ORDER</u>**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs respectfully move this Court to grant a preliminary injunction and expedited briefing schedule or, in the alternative, a temporary restraining order against Defendants, their employees, agents, and successors in office from enforcing the pre-viability bans on abortions pursuant to H.B. 126; specifically, Mo. Rev. Stat. §§ 188.056, 188.057, 188.058, 188.375, and 188.038. These bans take effect on August 28, 2019. Without immediate intervention by the Court, Plaintiffs will be prohibited from providing women with pre-viability abortion care in the State of Missouri, in direct contravention of well-settled and long-standing constitutional protections recognized by the U.S. Supreme Court in *Roe* v. *Wade*, 410 U.S. 113 (1973), *Planned Parenthood of Southeastern Pa.* v. *Casey*, 505 U.S. 833 (1992), and *Whole Woman's Health* v. *Hellerstedt*, 136 S. Ct. 2292 (2016), as revised (June 27, 2016).

In support of this Motion, Plaintiffs rely upon, and incorporate by reference, the arguments set forth in the accompanying Suggestions In Support Of Plaintiffs' Motion For A Preliminary Injunction And Expedited Briefing Schedule, Or, In The Alternative, A Temporary Restraining Order.

Dated: July 30, 2019	Respectfully submitted,

LAW OFFICE OF ARTHUR BENSON

*/s/ Arthur A. Benson II*

*/s/ Jamie Kathryn Lansford*
Arthur A. Benson II, #21107
Jamie Kathryn Lansford, #31133
4006 Central Avenue
Kansas City, MO 64111
Tel: (816) 531-6565
abenson@bensonlaw.com
jlansford@bensonlaw.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Claudia Hammerman (*Pro hac vice application to be filed*)
Daniel J. Klein (*Pro hac vice application to be filed*)
Allison C. Penfield (*Pro hac vice application to be filed*)
Melina M. Meneguin Layerenza (*Pro hac vice application to be filed*)
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
chammerman@paulweiss.com
daklein@paulweiss.com
apenfield@paulweiss.com
mmeneguin@paulweiss.com

Jane B. O'Brien (*Pro hac vice application to be filed*)
Melissa R. Alpert (*Pro hac vice application to be filed*)
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 223-7300
jobrien@paulweiss.com
malpert@paulweiss.com

Planned Parenthood Federation of America

Susan Lambiase (*Pro hac vice application to be filed*)
123 William St., Floor 9
New York, NY 10038
Tel: (212) 541-7800
susan.lambiase@ppfa.org

Julie Murray (*Pro hac vice application to be filed*)
1110 Vermont Avenue, N.W., Ste. 300
Washington, DC 20005
Tel: (202) 803-4045
julie.murray@ppfa.org

American Civil Liberties Union Foundation, Inc.

Andrew D. Beck (*Pro hac vice application to be filed*)
Fiona Kaye (*Pro hac vice application to be filed*)
125 Broad St.
New York, NY 10004
Tel: (212) 549-2633
abeck@aclu.org
fkaye@aclu.org


American Civil Liberties Union of Missouri Foundation

Anthony E. Rothert, #44827
Jessie Steffan, #64861
Omri E. Praiss, #41850
906 Olive Street, Suite 1130
St. Louis, MO 63108
Tel: (314) 652-3114
trothert@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org

Gillian R. Wilcox, #61278
406 West 34th Street, Suite 420
Kansas City, MO 64111
Tel: (816) 470-9938
gwilcox@aclu-mo.org

*Attorneys for Plaintiffs*

# CERTIFICATE OF NOTICE

I hereby certify that a copy of the above and foregoing was transmitted via electronic mail this 30th day of July, 2019, on:

D. John Sauer #58721
Solicitor General
Office of Missouri Attorney General Eric S. Schmitt
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-8870
(573) 751-0774 (telefacsimile)
John.Sauer@ago.mo.gov

/s/ Jamie Kathryn Lansford
Jamie Kathryn Lansford
*Attorney for Plaintiffs*
