UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Reproductive Health Services, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 2:19-CV-04155 HFS |
| Michael L. Parson, *et al.*, | ) |
| Defendants. | ) |

## **ENTRY OF APPEARANCE**

Anthony E. Rothert hereby enters his appearance as co-counsel for Plaintiffs in the above-captioned cause.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, # 44827
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: 314-652-3114
Fax: 314-652-3112
arothert@aclu-mo.org
Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent by First Class Mail on July 30, 2019 to:

D. John Sauer
Office of Missouri Attorney General
P.O. Box 899
Jefferson City, Missouri 65102

                                        /s/ Anthony E. Rothert