IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| REPRODUCTIVE HEALTH SERVICES OF PLANNED PARENTHOOD OF THE ST. LOUIS REGION, INC., et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:19-cv-4155 ) |
| MICHAEL J. PARSON, et al., | ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Arthur A. Benson II of the Law Office of Arthur Benson II and hereby enters his appearance as counsel of record for Plaintiffs Reproductive Health Services of Planned Parenthood of the St. Louis Region, Inc. and Colleen P. McNicholas, D.O., M.S.C.I., F.A.C.O.G.

Respectfully submitted,

LAW OFFICE OF ARTHUR A. BENSON II

By s/ Arthur A. Benson II
Arthur A. Benson II #21107
Jamie Kathryn Lansford #31133
4006 Central Avenue
Kansas City, Missouri 64111
(816) 531-6565
abenson@bensonlaw.com
jlansford@bensonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on the Court's electronic filing system which will serve copies on counsel of record and a copy of the above and foregoing was transmitted via electronic mail this  30th   day of July, 2019, on:

D. John Sauer  #58721
Solicitor General
Office of Missouri Attorney General Eric S. Schmitt
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-8870
(5730 751-0774 (telefacsimile)
John.Sauer@ago.mo.gov

                                                       s/ Jamie Kathryn Lansford
                                                       Attorney for Plaintiffs