**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| REPRODUCTIVE HEALTH SERVICES OF | ) | |
| PLANNED PARENTHOOD OF THE ST. LOUIS | ) | |
| REGION, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 2:19-cv-4155-HFS |
| v. | ) | |
| | ) | |
| MICHAEL L. PARSON, in his official capacity | ) | |
| as Governor of the State of Missouri, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

Comes now, D. John Sauer, Solicitor General of Missouri, and enters his appearance on behalf of all Defendants in this case.

Dated: July 31, 2019                    Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

 /s/ *D. John Sauer*
D. John Sauer, #58721
 Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
E-mail: John.Sauer@ago.mo.gov

*Counsel for Defendants*

1

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 31, 2019, the foregoing was filed electronically through the

Court's electronic filing system to be served electronically on counsel for all parties.

*/s/ D. John Sauer*