IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| REPRODUCTIVE HEALTH SERVICES OF PLANNED PARENTHOOD OF THE ST. LOUIS REGION, INC., et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:19-cv-4155-HFS ) ) |
| MICHAEL L. PARSON, in his official capacity as Governor of the State of Missouri, et al., | ) ) ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE

Comes now, Julie Marie Blake, Deputy Solicitor General of Missouri, and enters her appearance on behalf of Sammy L Alexander, James A DiRenna, Jeffrey S Glaser, Jade D James, Sarah Martin, Katherine J Mathews, Michael L Parson, Naveed Razzaque, Eric S Schmitt, David E Tannehill, Marc K Taormina, and Randall Williams.

Dated: July 31, 2019

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

 /s/ *Julie Marie Blake*
Julie Marie Blake, #69643
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
E-mail: Julie.Blake@ago.mo.gov

*Counsel for Sammy L Alexander, James A DiRenna, Jeffrey S Glaser, Jade D James, Sarah Martin, Katherine J Mathews, Michael L Parson, Naveed Razzaque, Eric S Schmitt, David E Tannehill, Marc K Taormina, and Randall Williams*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on July 31, 2019, the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

*/s/ Julie Marie Blake*