IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| REPRODUCTIVE HEALTH SERVICES OF PLANNED PARENTHOOD OF THE ST. LOUIS REGION, INC., et al., <br><br>  Plaintiffs, <br><br> v. <br><br> MICHAEL L. PARSON, in his official capacity as Governor of the State of Missouri, et al., <br><br>  Defendants. | Case No. 2:19-cv-4155-HFS |

## ENTRY OF APPEARANCE

Comes now, Justin D. Smith, Deputy Attorney General for Special Litigation, and enters his appearance on behalf of Sammy L Alexander, James A DiRenna, Jeffrey S Glaser, Jade D James, Sarah Martin, Katherine J Mathews, Michael L Parson, Naveed Razzaque, Eric S Schmitt, David E Tannehill, Marc K Taormina, and Randall Williams.

Dated: August 5, 2019  Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

  /s/ *Justin D. Smith*
Justin D. Smith, #63253
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-0304
Fax: (573) 751-0774
E-mail: Justin.Smith@ago.mo.gov

*Counsel for Sammy L Alexander, James A DiRenna, Jeffrey S Glaser, Jade D James, Sarah Martin, Katherine J Mathews, Michael L Parson, Naveed Razzaque, Eric S Schmitt, David E Tannehill, Marc K Taormina, and Randall Williams*

1

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 5, 2019, the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

*/s/ Justin D. Smith*