# MISSOURI WESTERN DISTRICT – **JEFFERSON CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| | |
|---|---|
| Case Caption: Reproductive Health Services of Planned Parenthood of the St. Louis Regions, Inc. et al v. Parson et al | Case No. **2:19-cv-4155-HFS** |

| | |
|---|---|
| Appellant: Michael L Parson, Eric S Schmitt, Jade D James, Sarah Martin, Sammy Alexander, James A DiRenna, Jeffrey S Glaser, Katherine J Mathews, Naveed Razzaque, David E Tannehill, Marc K Taormina, Randall Williams | Appellee: Reproductive Health Services of Planned Parenthood of the St. Louis Region, Inc. et al |

Appellant's Attorney(s):

**Dean John Sauer**
Missouri Attorney General's Office-JC
P.O. Box 899
Jefferson City, MO 65102
573-751-8807
Fax: 573-751-2203
Email: john.sauer@ago.mo.gov

**Emily A. Dodge**
Missouri Attorney General's Office-JC
P.O. Box 899
Jefferson City, MO 65102
(573) 751-7344
Fax: (573) 751-9456
Email: emily.dodge@ago.mo.gov

**Julie Marie Blake**
Missouri Attorney General's Office-JC
P.O. Box 899
Jefferson City, MO 65102
573-751-8807
Fax: 573-751-0774
Email: julie.blake@ago.mo.gov

**Justin D. Smith**
Missouri Attorney General's Office-JC
P.O. Box 899
Jefferson City, MO 65102
573-751-0304
Fax: 573-751-0774
Email: justin.smith@ago.mo.gov

Appellee's Attorney(s):

**Allison C. Penfield**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Email: apenfield@paulweiss.com

**Andrew Beck**
American Civil Liberties Union - NY
125 Broad Street
18th Floor
New York, NY 10004
212-549-2633
Email: abeck@aclu.org

**Arthur A. Benson**
Arthur Benson & Associates
4006 Central Ave.
Kansas City, MO 64111
(816) 531-6565
Fax: (816) 531-6688
Email: abenson@bensonlaw.com

**Claudia Hammerman**
Paul, Weiss, Rifkind, Wharton & Garrison - NY
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Email: chammerman@paulweiss.com

**Craig Benson**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP - DC
2001 K Street NW
Washington, DC 20006
202-223-7300
Email: cbenson@paulweiss.com

**Daniel J. Klein**
Paul, Weiss, Rifkind, Wharton &
Garrison - NY
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Email: daklein@paulweiss.com

**Fiona Kaye**
American Civil Liberties Union - NY
125 Broad Street
18th Floor
New York, NY 10004
212-549-2633
Email: fkaye@aclu.org

**Jane B O'Brien**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP - DC
2001 K Street NW
Washington, DC 20006
202-223-7300
Email: jobrien@paulweiss.com

**Melina Maria Meneguin Layerenza**
Paul, Weiss, Rifkind, Wharton &
Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Email: mmeneguin@paulweiss.com

**Melissa R. Alpert**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP - DC
2001 K Street NW
Washington, DC 20006
202-223-7300
Email: malpert@paulweiss.com

**Susan Lambiase**
Planned Parenthood Federation of America - NY
123 William Street
9th Floor
New York, NY 10038
212-261-4750
Fax: 212-247-6811
Email: susan.lambiase@ppfa.org

**Anthony E. Rothert**
American Civil Liberties Union of Missouri Foundation-StL
906 Olive Street
Suite 1130
St. Louis, MO 63101
(314) 652-3114
Fax: (314) 652-3112
Email: trothert@aclu-mo.org

**Gillian R. Wilcox**
American Civil Liberties Union of Missouri Foundation-KCMO
406 W. 34th Street
Suite 420
Kansas City, MO 64111
816-470-9938
Fax: 314-652-3112
Email: gwilcox@aclu-mo.org

**Jessie Steffan**
American Civil Liberties Union of Missouri Foundation-StL
906 Olive Street
Suite 1130
St. Louis, MO 63101
314-652-3114
Fax: 314-652-3112
Email: jsteffan@aclu-mo.org

**Omri E Praiss**
American Civil Liberties Union of Missouri Foundation-StL
906 Olive Street
Suite 1130
St. Louis, MO 63101
(314) 652-3114
Fax: 314-652-3112
Email: opraiss@aclu-mo.org

**Jamie Kathryn Lansford**
Law Office of Arthur Benson II
4006 Central Avenue
P.O. Box 119007
Kansas City, MO 64171-9007
816-531-6565
Email: jlansford@bensonlaw.com

Court Reporter(s): None

Please return files and documents to:

**United States District Court
Clerk's Office
80 Lafayette Street
Jefferson City, MO  65101**

Contact Person for Appeal:
**Tania Lock, 573-636-4015**

---

| Length of Trial: n/a | Fee: Paid | IFP: | Pending IFP Motion?  No |
|---|---|---|---|
| Counsel: | Pending Motions?  Yes | Local Interest? No | Simultaneous Release? No |

---

**Special Comments: Pending motion to stay re (doc 51) Order, State Defendants' Motion for Partial Stay of Injunction Pending Appeal-doc 54 filed on 08/29/2019**