IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| REPRODUCTIVE HEALTH SERVICES OF PLANNED PARENTHOOD OF THE ST. LOUIS REGION, INC., on behalf of itself, its physicians, its staff, and its patients, and COLLEEN P. MCNICHOLAS, D.O., M.S.C.I., F.A.C.O.G., on behalf of herself and her patients, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL L. PARSON, in his official capacity as Governor of the State of Missouri; ERIC S. SCHMITT, in his official capacity as Attorney General of the State of Missouri; KIMBERLY M. GARDNER, in her official capacity as the Circuit Attorney for the City of St. Louis; JADE D. JAMES, M.D., in her official capacity as President of the Missouri State Board of Registration for the Healing Arts; SARAH MARTIN, PH.D., M.P.P., M.P.H., in her official capacity as Secretary of the Missouri State Board of Registration for the Healing Arts; SAMMY L. ALEXANDER, M.D., JAMES A. DIRENNA, D.O., JEFFREY S. GLASER, M.D., F.A.C.S., KATHERINE J. MATHEWS, M.D., NAVEED RAZZAQUE, M.D., DAVID E. TANNEHILL, D.O., and MARC K. TAORMINA, M.D., F.A.C.P., in their official capacities as Members of the Missouri State Board of Registration for the Healing Arts; and RANDALL WILLIAMS, M.D., in his official capacity as Director of the Department of Health & Senior Services of the State of Missouri, <br><br> Defendants. | CIVIL ACTION <br><br> CASE NO. 2:19-cv-4155-HFS |

**PLAINTIFFS' MOTION FOR RECONSIDERATION, OR, IN THE
ALTERNATIVE, FOR A PRELIMINARY INJUNCTION,
AND EXPEDITED BRIEFING SCHEDULE**

Pursuant to Rule 54 of the Federal Rules of Civil Procedure, Plaintiffs respectfully move this Court to reconsidering its ruling on August 27, 2019, denying a preliminary injunction relating to the pre-viability ban on abortion embodied at Mo. Rev. Stat. § 188.038(2) (the "DS Reason Ban"), and for an expedited briefing schedule thereon. Alternatively, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs respectfully move this Court to issue an additional preliminary injunction enjoining Defendants, their employees, agents, and successors in office from enforcing the DS Reason Ban, and for an expedited briefing schedule thereon. Without immediate intervention by the Court, Plaintiffs will be prohibited from providing women with pre-viability abortion care in the State of Missouri, in direct contravention of well-settled and long-standing constitutional protections recognized by the U.S. Supreme Court in *Roe* v. *Wade*, 410 U.S. 113 (1973), *Planned Parenthood of Southeastern Pa.* v. *Casey*, 505 U.S. 833 (1992), and *Whole Woman's Health* v. *Hellerstedt*, 136 S. Ct. 2292 (2016), as revised (June 27, 2016).

In support of this Motion, Plaintiffs rely upon its Suggestions In Support of Plaintiffs' Motion For Reconsideration, Or, In The Alternative, For a Preliminary Injunction, And Expedited Briefing Schedule.

Dated:  September 4, 2019						Respectfully submitted,

LAW OFFICE OF ARTHUR BENSON

*/s/ Arthur A. Benson II*

*/s/ Jamie Kathryn Lansford*
Arthur A. Benson II, #21107
Jamie Kathryn Lansford, #31133
4006 Central Avenue
Kansas City, MO 64111
Tel: (816) 531-6565
abenson@bensonlaw.com
jlansford@bensonlaw.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Claudia Hammerman (*Pro hac vice*)
Daniel J. Klein (*Pro hac vice*)
Allison C. Penfield (*Pro hac vice*)
Melina M. Meneguin Layerenza (*Pro hac vice*)
Kelly D. Garcia (*Pro hac vice application to be filed*)
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
chammerman@paulweiss.com
daklein@paulweiss.com
apenfield@paulweiss.com
mmeneguin@paulweiss.com

Jane B. O'Brien (*Pro hac vice*)
Craig Benson (*Pro hac vice*)
Melissa R. Alpert (*Pro hac vice*)
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 223-7300
jobrien@paulweiss.com
malpert@paulweiss.com

Planned Parenthood Federation of America

Susan Lambiase (*Pro hac vice application to be filed*)
123 William St., Floor 9
New York, NY 10038
Tel: (212) 541-7800
susan.lambiase@ppfa.org

Julie Murray (*Pro hac vice application to be filed*)
1110 Vermont Avenue, N.W., Ste. 300
Washington, DC 20005
Tel: (202) 803-4045
julie.murray@ppfa.org

American Civil Liberties Union Foundation, Inc.

Andrew D. Beck (*Pro hac vice application to be filed*)
Fiona Kaye (*Pro hac vice application to be filed*)
125 Broad St.
New York, NY 10004
Tel: (212) 549-2633
abeck@aclu.org
fkaye@aclu.org


American Civil Liberties Union of Missouri Foundation

Anthony E. Rothert, #44827
Jessie Steffan, #64861
Omri E. Praiss, #41850
906 Olive Street, Suite 1130
St. Louis, MO 63108
Tel: (314) 652-3114
trothert@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org

Gillian R. Wilcox, #61278
406 West 34th Street, Suite 420
Kansas City, MO 64111
Tel: (816) 470-9938
gwilcox@aclu-mo.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF NOTICE

I hereby certify that on September 4th, 2019, the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

*/s/ Arthur A. Benson II*
Arthur A. Benson II
*Attorney for Plaintiffs*
