UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| REPRODUCTIVE HEALTH SERVICES OF PLANNED PARENTHOOD OF THE ST. LOUIS REGION, INC., *et al.*, | Case No. 2:19-CV-4155-HFS |
| Plaintiffs, | |
| v. | |
| MICHAEL L. PARSON, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF MISSOURI, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Michael L. Parson, Eric S. Schmitt, Jade D. James, Sara Martin, Sammy L. Alexander, James A. DiRenna, Jeffrey S. Glaser, Katherine J. Mathews, Naveed Razzaque, David E. Tannehill, Marc K. Taormina, and Randall Williams, all in their official capacities, appeal to the United States Court of Appeals for the Eighth Circuit from the district court's Supplemental Order Regarding Down Syndrome granting a preliminary injunction in this action on September 27, 2019. (Doc. 69).

Respectfully submitted,

ERIC S. SCHMITT,
Attorney General

*/s/ D. John Sauer*
D. John Sauer, #58721
  Solicitor General
Julie Marie Blake, #69643
  Deputy Solicitor General
Emily A. Dodge, #53914
  Assistant Attorney General
Justin D. Smith, # 63253
  Deputy Attorney General

Post Office Box 899
Jefferson City, MO, 65102
John.Sauer@ago.mo.gov
Tel: (314) 340-7960
Fax: (314) 340-7029

*Attorneys for Defendants Parson, Schmitt, James, Martin, Alexander, DiRenna, Glaser, Mathews, Razzaque, Tannehill, Taormina, and Williams.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ D. John Sauer*
