IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
Central Division

| | |
|---|---|
| Reproductive Health Services of Planned Parenthood of the St. Louis Region, Inc., on behalf of itself, its physicians, and its patients, and Colleen P. McNicholas, D.O., M.S.C.I., F.A.C.O.G, on behalf of herself and her patients,<br><br>Plaintiffs,<br><br>v.<br><br>Michael L. Parson, in his official capacity as Governor of the State of Missouri, et. al.,<br><br>Defendants. | Case No. 2:19-cv-4155-HFS |

**ORDER**

In order to expedite the appeal in these proceedings, and after reviewing the filing of the State Defendants, the motion for stay pending appeal (Doc. 71) is hereby DENIED.

                                                                                                                      */s/ Howard F. Sachs*
                                                                                                                      Howard F. Sachs
                                                                                                                      United States District Judge

October 1, 2019
Kansas City, Missouri

1