Reproductive Health Services of Planned Parenthood of the St. Louis Region, Inc., on behalf of itself, its physicians, its staff, and its patients and DO, MSCI, FACOG Colleen P. McNicholas, on behalf of herself and her patients

Appellees

v.

Michael L. Parson, in his official capacity as Governor of the State of Missouri and Eric S. Schmitt, in his official capacity as Attorney General of the State of Missouri

Appellants

Kimberly Gardner, in her official capacity as the Circuit Attorney for the City of St. Louis

MD Jade D. James, in her official capacity as President of the Missouri State Board of Registration for the Healing Arts, et al.

Appellants

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:19-cv-04155-HFS)
_____

**ORDER**

The motion for a partial stay pending appeal and for a temporary stay pending the ruling on the motion for stay filed by Attorney Mr. Dean John Sauer is denied.

Brief and appendix of appellants remain due October 15, 2019.

October 02, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans