IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| REPRODUCTIVE HEALTH SERVICES OF PLANNED PARENTHOOD OF THE ST. LOUIS REGION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL L. PARSON, et al., <br><br> Defendants. | No. 2:19-cv-04155-BP |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, by their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss without prejudice the claims made in this action against Defendants. Plaintiffs file this notice of dismissal in light of the Supreme Court's decision in *Dobbs* v. *Jackson Whole Women's Health*, overruling *Roe* v. *Wade*, 410 U. S. 113, and *Planned Parenthood of Southeastern Pa.* v. *Casey*, 505 U. S. 833. 597 U. S. ____ (2022). Plaintiffs have filed this notice of dismissal with the Clerk of the United States District Court for the Western District of Missouri.

Dated: June 24, 2022

**LAW OFFICE OF ARTHUR BENSON**

By: /s/ Arthur A. Benson II
Arthur A. Benson II, #21107
Jamie Kathryn Lansford, #31133
4006 Central Avenue
Kansas City, MO 64111
Tel: (816) 531-6565
abenson@bensonlaw.com
jlansford@bensonlaw.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

Claudia Hammerman (*Pro hac vice*)
Daniel J. Klein (*Pro hac vice*)
Allison C. Penfield (*Pro hac vice*)
Melina M. Meneguin Layerenza (*Pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
chammerman@paulweiss.com
daklein@paulweiss.com
apenfield@paulweiss.com

Jane B. O'Brien (*Pro hac vice*)
Craig Benson (*Pro hac vice*)
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 223-7300
jobrien@paulweiss.com
cbenson@paulweiss.com

PLANNED PARENTHOOD FEDERATION OF AMERICA

Susan Lambiase (*Pro hac vice*)
123 William St., Floor 9
New York, NY 10038
Tel: (212) 541-7800
susan.lambiase@ppfa.org

Julie Murray (*Pro hac vice*)
1110 Vermont Avenue, N.W., Ste. 300
Washington, DC 20005
Tel: (202) 803-4045
julie.murray@ppfa.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.

Andrew D. Beck (*Pro hac vice*)
125 Broad St.
New York, NY 10004
Tel: (212) 549-2633
abeck@aclu.org

AMERICAN CIVIL LIBERTIES UNION OF
MISSOURI FOUNDATION

Anthony E. Rothert, #44827
Jessie Steffan, #64861
Omri E. Praiss, #41850
906 Olive Street, Suite 1130
St. Louis, MO 63108
Tel: (314) 652-3114
trothert@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org

Gillian R. Wilcox, #61278
406 West 34th Street, Suite 420
Kansas City, MO 64111
Tel: (816) 470-9938
gwilcox@aclu-mo.org

*Attorneys for Plaintiffs*