# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2882

Reproductive Health Services of Planned Parenthood of the St. Louis Region, Inc., on behalf of itself, its physicians, its staff, and its patients and DO, MSCI, FACOG Colleen P. McNicholas, on behalf of herself and her patients

Appellees

v.

Michael L. Parson, in his official capacity as Governor of the State of Missouri and Eric Stephen Schmitt, in his official capacity as Attorney General of the State of Missouri

Appellants

Kimberly Gardner, in her official capacity as the Circuit Attorney for the City of St. Louis

MD Jade D. James, in her official capacity as President of the Missouri State Board of Registration for the Healing Arts, et al.

Appellants

-------------------------------

Alliance Defending Freedom, et al.

Amici on Behalf of Appellant(s)

Constitutional Law Scholars, et al.

Amici on Behalf of Appellee(s)

No: 19-3134

Reproductive Health Services of Planned Parenthood of the St. Louis Region, Inc., on behalf of itself, its physicians, its staff, and its patients and DO, MSCI, FACOG Colleen P. McNicholas, on behalf of herself and her patients

Appellees

v.

Michael L. Parson, in his official capacity as Governor of the State of Missouri and Eric Stephen Schmitt, in his official capacity as Attorney General of the State of Missouri

Appellants

Kimberly Gardner, in her official capacity as the Circuit Attorney for the City of St. Louis

MD Jade D. James, in her official capacity as President of the Missouri State Board of Registration for the Healing Arts, et al.

Appellants

------------------------------

Alliance Defending Freedom, et al.

Amici on Behalf of Appellant(s)

Constitutional Law Scholars, et al.

Amici on Behalf of Appellee(s)

---

Appeals from U.S. District Court for the Western District of Missouri - Jefferson City
(2:19-cv-04155-BP)

---

**MANDATE**

In accordance with the judgment of 07/08/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matters.

July 08, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit